UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC.,<br>Law Office of Jeffrey L. Light<br>1712 Eye St., NW, Suite 915<br>Washington, DC 20006,<br><br>and<br><br>RYAN NOAH SHAPIRO,<br>707 Pelton Ave. #314<br>Santa Cruz, CA 95060,<br><br>PLAINTIFFS<br><br>vs.<br><br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave., NW,<br>Washington, DC 20530,<br><br>DEFENDANT | Judge _____<br>Civil Action No. _____ |

### **COMPLAINT**

### THE PARTIES

1. Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy.

2. Plaintiff Ryan Noah Shapiro is a founder of Property of the People and a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a former Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is a historian of national security, the policing of dissent, and governmental transparency.

3. Defendant Department of Justice (DOJ) is an agency of the United States.

4. The Federal Bureau of Investigation (FBI) is a component of Defendant DOJ.

5. FBI has possession, custody and control of the records Plaintiffs seek.

## JURISDICTION AND VENUE

6. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### Background

9. The alternative right (alt-right) is an American ethno-nationalist conservative movement that embraces white nationalism and white supremacy. It has gained prominence in American culture and politics since the election of President Donald Trump.

### Plaintiffs' FOIA Requests

10. On March 26, 2018, Plaintiffs submitted to FBI via fax a FOIA request for records referring to 40 different websites, publications, organizations, and events run by, supported by, and organized by the alt-right. Plaintiffs requested a waiver of fees.

11. On March 28, 2018, the FBI acknowledged receipt of Plaintiffs' March 26, 2018 request and assigned tracking numbers to the various subparts of the request. FBI stated that Plaintiffs' request for a waiver of fees was under consideration.

12. The publication North American New-Right; the podcast Paranormies Present; the radio show The Current Year Tonight; the podcast Virtue of the West; the website Rebel Media; the website Return of Kings; the newspaper American Free Press; the event Boston Free Speech Rally; and the rally Unite the Right were all assigned tracking number #1400504-000.

13. The FBI assigned the remaining entities (The blog The Right Stuff; the website *The Daily Stormer;* the publication *American Renaissance;* the organization New Century Foundation; the organization Pioneer Fund; the publishing house Counter-Currents Publishing; the organization Traditionalist Youth Network; the meme Pepe the Frog; the publication *Radix Journal;* the publication The Occidental Quarterly; the publication The Occidental Observer; the organization Charles Martel Society; the publisher Washington Summit Publishers; the Internet forum 4chan; the Internet forum 8chan; the publication Taki's Magazine; the organization VDARE; the organization Red Ice; the radio program Radio 3Fourteen; the organization Proud Boys; the organization Fraternal Order of Alt-Knights; the blog Occidental Dissent; the publisher Arktos Media; the radio show/ blog Radical Agenda; the group Vanguard America; the group Unity and Security for America; the group Traditionalist Worker Party; the group Identity Evropa; the blog Vox Popoli; the website The Gateway Pundit; and the event Rally Against Political Violence) the tracking number 1381351-000.

14. More than 20 business days have elapsed since Plaintiffs submitted their request to FBI, but as of the filing of this Complaint, Plaintiffs have not received a final determination as to whether FBI will release the requested records or grant a waiver of fees.

COUNT I:
VIOLATION OF FOIA

15. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

16. FBI has improperly withheld responsive records.

17. Plaintiffs are entitled to a waiver of fees.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order FBI to immediately process and release all non-exempt records without cost;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*