UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC. and
RYAN NOAH SHAPIRO,

        *Plaintiffs*,

  v.

UNITED STATES DEPARTMENT
OF JUSTICE,

        *Defendant*.

Civ. A. No. 18-1032 (JDB)

## JOINT STATUS REPORT

Plaintiffs, Property of the People, Inc. and Ryan Noah Shapiro, and Defendant U.S. Department of Justice ("FBI") submit this Joint Status Report, pursuant to the Court's February 23, 2021, Minute Order.

The instant matter is currently stayed. The parties respectfully request that the stay be extended beyond April 26, 2021 as considerable progress has been made toward settlement. The FBI has made a detailed proposal for resolving the matter after an initial overture from Plaintiffs. Counsel has reviewed the FBI's proposal with Plaintiffs, who are "very receptive" toward it. Plaintiffs' review prompted two clarifying questions, which the FBI is in the process of considering and formulating its response. Once its response is provided to Plaintiffs, the parties will determine whether further negotiations will be necessary. Either way, Plaintiffs expect to begin gathering their fee information to provide to the FBI as it relates to the fee component of the parties' overall resolution.

Wherefore the parties respectfully request that the stay remain in place pending a motion by either or both of the parties to lift the stay, or until the matter is voluntarily dismissed.

Dated: April 15, 2021

*/s/ Jeffrey L. Light*
JEFFREY L. LIGHT, D.C. Bar #485360
1712 Eye St., NW, Suite 915
Washington, D.C. 20006
(202) 277-6213
Jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiffs*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ John Moustakas*
   JOHN MOUSTAKAS D.C. Bar No. 442076
   Assistant U.S. Attorney
   555 Fourth Street, N.W.
   Washington, D.C. 20530
   (202) 252-2518
   john.moustakas@usdoj.gov

   *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC. and RYAN NOAH SHAPIRO,<br><br>   *Plaintiffs*,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   *Defendant*. | Civ. A. No. 18-1032-JDB |

## **(PROPOSED) ORDER**

UPON CONSIDERATION of parties' Joint Status Report, and for good cause shown, it is hereby:

ORDERED that the Stay shall be maintained until further notice.

SO ORDERED.

Dated: _____    _____
                     UNITED STATES DISTRICT JUDGE